IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUAN DEL POZO MORILLO,** | : CIVIL NO. 1:14-1348 |
| **Plaintiff** | : |
| v. | : **(Judge Rambo)** |
| | : **(Magistrate Judge Cohn)** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | : |
| **Defendant** | : |

# O R D E R

Before the court is a July 14, 2015, report and recommendation of the magistrate judge (Doc. 23) to whom this matter was referred in which he recommends that the captioned appeal from a decision of the Acting Commissioner of Social Security be denied for plaintiff's failure to prosecute this action in accordance with Middle District Local Rule 83.3.1. No objections to the report and recommendation have been filed.

Upon review of the report and recommendation, the facts cited and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Cohn (Doc. 23).

2) The appeal from the decision of the Acting Commissioner of Social Security is denied for plaintiff's failure to prosecute this action in accordance with Middle District Local Rule 83.3.1.

3) The decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

4) The Clerk of Court shall close the file.


        s/Sylvia H. Rambo
       United States District Judge

Dated:  August 10, 2015.